# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bfischer@maglaw.com; (212) 880-9585
charwood@maglaw.com; (212) 880-9547

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

August 2, 2024

**By ECF**
Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

  Re: *S.E.C. v. Concord Management LLC and Michael Matlin*, No. 23-CV-8253 (PMH)

Dear Judge Halpern:

  We represent Concord Management LLC and Michael Matlin in the above-captioned action. We write jointly with the Securities and Exchange Commission pursuant to the parties' amended case discovery plan and scheduling order (Dkt. 33, ¶ 10(b)) to respectfully request that the matter be referred to Magistrate Judge Krause for the purpose of holding a settlement conference.

  Subject to the Court's availability, the parties respectfully request that a settlement conference be scheduled for one of the following dates in September 2024: September 9–10, 18–20, or 23–25. The parties will, of course, coordinate to find other dates if the proposed dates do not work for the Court. We thank the Court for its attention to this issue.

            Respectfully submitted,

            *Benjamin S. Fischer*
            *Christopher B. Harwood*

cc: All counsel of record (by ECF)