# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bfischer@maglaw.com; (212) 880-9585
charwood@maglaw.com; (212) 880-9547

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

October 7, 2024

**By ECF**
Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *S.E.C. v. Concord Management LLC and Michael Matlin*, No. 23-CV-8253 (S.D.N.Y.) (PMH) (AK)

Dear Judge Halpern:

    We represent Defendants Concord Management LLC and Michael Matlin in this action. We write jointly with Plaintiff Securities and Exchange Commission to inform the Court that the parties consent to have this case referred to Magistrate Judge Andrew E. Krause for all purposes, *i.e.*, to have Judge Krause conduct all proceedings in this case. Accordingly, enclosed with this letter is a completed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form for the Court's signature.

                          Respectfully submitted,

                          *Benjamin S. Fischer*
                          *Christopher B. Harwood*

Enclosure