UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION

                Plaintiff,

      v.

CONCORD MANAGEMENT LLC and
MICHAEL MATLIN,

               Defendants.

Case No. 23-CV-8253 (AK)

---

### DECLARATION IN SUPPORT OF MOTION FOR WITHDRAWAL

I, Kevin Grossinger, declare as follows, pursuant to 28 U.S.C. § 1746:

1. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I respectfully request leave of the Court to withdraw my appearance as counsel for defendants Concord Management LLC ("Concord") and Michael Matlin in the above-captioned action.

2. As of November 9, 2024, I will no longer be associated with the law firm of Morvillo Abramowitz Grand Iason & Anello P.C.

3. Benjamin S. Fischer, Christopher B. Harwood, and Peter Menz of the law firm of Morvillo Abramowitz Grand Iason & Anello P.C. will remain as counsel of record to Concord and Mr. Matlin.

4. Because the motion herein will not result in a change of the law firms representing Concord or Mr. Matlin, my withdrawal as counsel of record will not affect this action in any way, alter the posture of the case, or prejudice any parties.

5. I do not assert a retaining or charging lien concerning Concord or Mr. Matlin.

2

6.For the foregoing reasons, I hereby request that I be removed as counsel of record from the Electronic Case Filing system, and that no documents, notices, or other pleadings in the action be served upon me.

7.I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 5, 2024
New York, New York

_/s/ Kevin Grossinger_____
Kevin Grossinger