UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,                      **ORDER**

          -against-                      23 Civ. 8253 (AEK)

CONCORD MANAGEMENT, LLC, *et al.,*

                        Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      Defendants filed a motion to dismiss that is currently pending before the Court. *See* ECF Nos. 23-26. In their motion papers, Defendants cite several documents that are not readily available on either Westlaw or Lexis or other public databases. In addition, most of the documents filed in *S.E.C. v. Medsker*, No. C3-96-381 (S.D. Oh. 1996), one of the cases cited by Defendants (although without citation to any particular document filed in that case), are not electronically available on ECF. Accordingly, the Court orders Defendants to file on ECF copies of all the documents listed in the Table of Authorities in their moving brief, ECF No. 24, under the headings "SEC Administrative Proceedings" and "Agency Guidance," as well as a copy of whichever document they intended to cite to from the *S.E.C. v. Medsker* docket. Such filing is to be made by no later than **January 13, 2025**.

Dated:  January 6, 2025
         White Plains, New York

                                                            **SO ORDERED.**

                                                             ANDREW E. KRAUSE
                                                              United States Magistrate Judge