# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com
———
WRITER'S CONTACT INFORMATION

bfischer@maglaw.com; (212) 880-9585
charwood@maglaw.com; (212) 880-9547

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
———
RETIRED/PARTNER EMERITUS
PAUL R. GRAND
———
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

January 13, 2025

**By ECF**
Hon. Andrew E. Krause
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St., White Plains, NY 10601-4150

> Re:   *S.E.C. v. Concord Management LLC and Michael Matlin*,
>        No. 23-CV-8253 (S.D.N.Y.) (AEK)

Dear Judge Krause:

      We represent Defendants Concord Management LLC and Michael Matlin in this action. We write in response to the Court's order, dated January 6, 2025, requesting copies of certain sources cited in Defendants' pending motion to dismiss.  *See* ECF Nos. 24, 50.

      Pursuant to the Court's Order, we are filing as Exhibits A through K to this letter copies of all documents listed in the Table of Authorities of Defendants' moving brief, ECF. No. 24, under the headings "SEC Administrative Proceedings" and "Agency Guidance."  Further, with respect to the Court's directive to file "whichever document [Defendants] intended to cite from" *S.E.C. v. Medsker*, No. C3-96-381 (S.D. Oh. 1996), Defendants in their motion to dismiss inadvertently cited to the civil docket of *Medsker* rather than the intended cite, which was the Securities and Exchange Commission's Litigation Release in *Medsker*.  That cite is "*S.E.C. v. Medsker*, Lit. Release No. 15590 (Dec. 11, 1997)."  The *Medsker* litigation release is Exhibit J to this letter.

      We thank the Court for its attention to this matter.

Respectfully submitted,

*Benjamin S. Fischer*
*Christopher B. Harwood*