**Exhibit J**

Case 7:23-cv-08253-AEK   Document 52-10   Filed 01/13/25   Page 1 of 3

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Litigation Release No. 15590 \ December 11, 1997

SEC V. JOSEPH P. MEDSKER, UNIFIED FINANCIAL SERVICES AGENCY CORP. AND
UNIFIED FINANCIAL SERVICES ADVISORY CORP., (S.D. OHIO, CIVIL ACTION NO. C3-96-381, FILED SEPTEMBER 30, 1996)

     The Securities and Exchange Commission announced that on December 2,
1997, the United States District Court for the Southern District of Ohio,
in the case of S.E.C. v. Joseph P. Medsker, et al., (C3-96-381), entered
final judgments of permanent injunction and other equitable relief against
Joseph P. Medsker (Medsker), Unified Financial Services Agency Corp. (UFS
Agency) and Unified Financial Services Advisory Corp. (UFS Advisory) of
Dayton Ohio, for their respective roles in a scheme to defraud in
connection with the offer and sale of unregistered interests in two Ohio
investment partnerships.  The defendants were enjoined, pursuant to their
consent, without admitting or denying the allegations of the Commission's
Complaint, from future violations of Sections 5(a), 5(c), 17(a)(1),
17(a)(2) and 17(a)(3) of the Securities Act of 1933, Section 10(b) of the
Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder and
Sections 206(1), 206(2) and 206(4) of the Investment Advisers Act of 1940
and Rule 206(4)-4 promulgated thereunder.  Medsker and UFS Agency were also
enjoined from future violations of Section 203(a) of the Advisers Act.

     The Complaint in S.E.C. v. Medsker, et al. alleged that from mid-1985
through at least December, 1991, Medsker and UFS Agency acted as
unregistered investment advisers by providing investment advice to hundreds
of clients and prospective clients for a fee in connection with financial
planning seminars that they conducted.  In addition, from May, 1990 through
at least November, 1994, Medsker, UFS Agency and, upon its inception in
1992, UFS Advisory engaged in a scheme to defraud investors in connection
with the offer, purchase and sale of more than $2.2 million in unregistered
partnership interests to more than 200 investors in two investment
partnerships Medsker created, Unified Financial Services Associates I
(Associates I) and Unified Financial Golf Associates I (Golf I).  The
scheme involved the defendants' misrepresentations and omissions regarding
the risks and returns associated with investments in Associates I and Golf
I, Medsker's ownership, financial and beneficial interest in the
partnerships' primary investment, and the subsequent cover up of that
fraud.  The Complaint also alleged that Medsker churned a trading account
that he opened on behalf of Associates I and that Medsker and Advisory
failed to disclose to their investment adviser clients that the NASD
sanctioned and fined Medsker $7500, jointly and severally, with three other
individuals in 1993.

     The court in S.E.C. v. Medsker, et al. also ordered Medsker to pay
disgorgement of $2,046,575.51 and prejudgment interest of $941,757.56, but
waived payment of disgorgement and did not order civil penalties against
him based on his demonstrated inability to pay.  UFS Agency was also
ordered to pay disgorgement of $193,415.51 and prejudgment interest of
$102,687.57, but the court waived all but $65,000 of the disgorgement

======END OF PAGE 1======

amount, to be paid over three years, and did not order civil penalties against it based on its demonstrated inability to pay.  The court did not order civil penalties against UFS Advisory based on its demonstrated inability to pay and its agreement to loan $15,000 to UFS Agency to make its first disgorgement payment and to guarantee all of UFS Agency's future disgorgement payments.  The court will also appoint a receiver to collect and liquidate the assets of the two investment partnerships, Associates I and Golf I.

======END OF PAGE 2======