### MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

———

WRITER'S CONTACT INFORMATION

bfischer@maglaw.com
(212) 880-9585
charwood@maglaw.com
(212) 880-9547

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

June 4, 2025

**By ECF**
Hon. Andrew E. Krause
The Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *S.E.C. v. Concord Management LLC and Michael Matlin*,
              No. 23-CV-8253 (S.D.N.Y.) (AEK)

Dear Judge Krause,

      We represent Defendants Concord Management LLC and Michael Matlin in the above-captioned action. In accordance with this Court's May 15, 2025 Order (ECF No. 59), we write jointly with Plaintiff, the Securities and Exchange Commission, to provide the Court with a status update. Subsequent to the parties submitting their May 15 letter to the Court, the parties continued to engage in good faith efforts to determine whether this matter could be resolved. However, to date, the parties have not been able to reach an agreement to resolve the matter. Accordingly, the parties are submitting a joint proposed scheduling order setting forth a schedule for the completion of discovery.

      We thank the Court for its attention to this matter.

                                            Respectfully submitted,

                                            *Benjamin S. Fischer*
                                            *Christopher B. Harwood*