# Morvillo Abramowitz Grand Iason & Anello P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bfischer@maglaw.com; 212-880-9585
charwood@maglaw.com; 212-880-9547

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

August 14, 2025

**By ECF**

Hon. Andrew E. Krause
The Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    <u>S.E.C. v. Concord Management LLC and Michael Matlin</u>, No. 23-CV-8253 (AK)

Dear Judge Krause:

      We represent Defendants Concord Management LLC and Michael Matlin in the above-captioned action. We respectfully write to request permission to file under seal with Chambers a hard copy of Defendants' forthcoming August 14, 2025 letter addressing two discovery disputes. We make this request because, as discussed with Chambers, the letter refers to information that is highly confidential. Plaintiff SEC does not object to our request to file the letter under seal. Assuming the Court grants this request, we would then file on ECF a copy of our letter redacting the highly confidential material.

      We thank the Court for its attention to this issue.

                                                  Respectfully submitted,

                                                  *Benjamin S. Fischer*
                                                  *Christopher B. Harwood*

cc:    All counsel of record (by ECF)

**MEMO ENDORSEMENT:**

**APPLICATION GRANTED**.  In accordance with Rule 6.15(c) of the SDNY Electronic Case Filing Rules & Instructions, Defendants have moved for leave to file their August 14, 2025 discovery dispute letter under seal in hard copy because they have "another reason to believe a document should not be electronically filed."  Based on discussions Defendants had with the Court on August 13, 2025, and in accordance with Rule 6.15(c), the Court finds that Defendants have provided a sufficient reason to justify not electronically filing their letter.

Accordingly, Defendants are authorized to file under seal with the Clerk of Court a hard copy of their August 14, 2025 letter.  Defendants' counsel must also send a paper copy of the unredacted submission to Plaintiff's counsel and to the Court for delivery by August 15, 2025.

The Clerk of Court is respectfully directed to mark the motion at ECF No. 65 as GRANTED.

Dated:  August 14, 2025

                                              **SO ORDERED.**

                                          ANDREW E. KRAUSE
                                          United States Magistrate Judge