

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 24th Floor
Boston, MA 02110-1424

Boston
Regional Office

August 19, 2025

**By ECF**

Honorable Andrew E. Krause
The Honorable Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:  *SEC v. Concord Management LLC et. al,* No. 23-CV-8253 (S.D.N.Y.)

Dear Judge Krause:

We represent the SEC in the above-captioned action.  We request permission to file under seal a response to Defendants' August 14, 2025 letter addressing discovery disputes, for the same reason that the Court granted Defendants' request to file their letter under seal.  We will file a redacted version of the response on ECF.

Respectfully Submitted,

*Amy Harman Burkart*

Amy Harman Burkart
Rua M. Kelly

> APPLICATION GRANTED.  Consistent with its previous order granting Defendants permission to file their August 14, 2025 discovery dispute letter under seal in hard copy, the Court finds that in accordance with Rule 6.15(c) of the SDNY Electronic Case Filing Rules & Instructions, Plaintiff has provided a sufficient reason to justify not electronically filing its August 19, 2025 responsive letter.
>
> Accordingly, Plaintiff is authorized to file under seal with the Clerk of Court a hard copy of its August 19, 2025 letter. Plaintiff's counsel must also send a paper copy of the unredacted submission to Defendants' counsel and to the Court for delivery by no later than August 20, 2025.
>
> The Clerk of Court is respectfully directed to mark the motion at ECF No. 72 as GRANTED.
>
> Dated: August 19, 2025
>
> SO ORDERED.
>
> *Andrew Krause*
> _____
> ANDREW E. KRAUSE
> United States Magistrate Judge