

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
33 Arch Street, 24th Floor
Boston, MA 02110-1424

Boston
Regional Office

September 12, 2025

**By ECF**

Honorable Andrew E. Krause
The Honorable Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:  *SEC v. Concord Management LLC et. al,* No. 23-CV-8253 (S.D.N.Y.)

Dear Judge Krause:

We represent the Securities and Exchange Commission (the "Commission") in the above-captioned action.  The Commission seeks the Court's permission to file under seal the Commission's September 12, 2025 submission addressing certain discovery disputes, for the reasons discussed at the parties' conference with the Court on August 21, 2025.  We will file a redacted version of the submission on ECF, pending the defendants' submission regarding the continued sealing of filings and the Court's decision thereon.

Respectfully submitted,

Rua M. Kelly
Amy Harman Burkart

> APPLICATION GRANTED.  Based on discussions during the August 21, 2025 conference, in accordance with Rule 6.15(c) of the SDNY Electronic Case Filing Rules & Instructions, and to maintain the status quo while the Court considers briefing on the issue of the continued sealing of filings in this matter, the Court finds that Plaintiff has provided justification for not electronically filing unredacted versions of its September 12, 2025 submissions regarding the parties' outstanding discovery dispute.
>
> Accordingly, Plaintiff is authorized to file under seal with the Clerk of Court an unredacted hard copy of its September 12, 2025 submissions.  Plaintiff is also directed to electronically file on the docket a redacted version of the submissions.
>
> The Clerk of Court is respectfully directed to mark the motion at ECF No. 77 as GRANTED.
>
> Dated: September 12, 2025
>
> SO ORDERED.
>
> _____
> ANDREW E. KRAUSE
> United States Magistrate Judge