# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bfischer@maglaw.com; 212-880-9585
charwood@maglaw.com; 212-880-9547

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

October 17, 2025

**By ECF**
Hon. Andrew E. Krause
The Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *S.E.C. v. Concord Management LLC and Michael Matlin*, No. 23-CV-8253 (AK)

Dear Judge Krause:

We represent Defendants Concord Management LLC and Michael Matlin in the above-captioned action. We write to provide the Court with an update regarding the issues presented in Defendants' August 14, 2025 letter raising certain discovery disputes (the "Discovery Disputes Letter," dkt. 67). Defendants had been scheduled to file an additional submission in connection with the Discovery Disputes Letter on Monday October 20. Dkt. 83. As a result of the government shutdown, our interactions with the SEC have been extremely limited since September 30. However, during the brief discussions we have been able to have with the SEC, the parties have reached an agreement in principle to resolve the issues set forth in the Discovery Disputes Letter without the need for further litigation. That agreement in principle likely will not be able to be effectuated until after the government shutdown ends. As a result of the circumstances described above, we respectfully request, with the SEC's consent, that the October 20 date for Defendants to make an additional submission be held in abeyance until after the government shutdown ends, when parties will (i) have clarity regarding when the parties' agreement in principle can be effectuated, and (ii) update the Court promptly once the agreement has been effectuated and the issues underlying the Discovery Disputes Letter have therefore been resolved.

Separately, we wanted to inform the Court that the shutdown has had a significant impact on the progression of discovery in this matter. It is the intention of the parties to provide the Court with a more fulsome status update next week after we have had an opportunity to speak again with the SEC.

Thank you for your attention to this matter.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

The Honorable Andrew E. Krause
October 17, 2025

                                          Respectfully submitted,

                                          *Benjamin S. Fischer*
                                          *Christopher B. Harwood*

cc:      All counsel of record (by ECF)