## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com
———
WRITER'S CONTACT INFORMATION

bfischer@maglaw.com; 212-880-9585
charwood@maglaw.com; 212-880-9547

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN
———
RETIRED/PARTNER EMERITUS
PAUL R. GRAND
———
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

November 19, 2025

**By ECF**
Hon. Andrew E. Krause
The Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *S.E.C. v. Concord Management LLC and Michael Matlin*, No. 23-CV-8253 (AK)

Dear Judge Krause:

      We represent Defendants Concord Management LLC and Michael Matlin in the above-captioned action.  Pursuant to the Court's October 20, 2025 Order, we write jointly with Plaintiff United States Securities and Exchange Commission to provide the Court with a status update regarding discovery and case management issues now that the government shutdown has ended.  The government shutdown caused substantial disruption to the current case schedule.  During the period of the government shutdown (approximately October 1 through November 12), the parties had minimal contact.  Prior to the shutdown, the parties had five depositions scheduled to take place in October and November, but as a result of the shutdown, all of those depositions needed to be adjourned.  Moreover, as a result of the shutdown, the following discovery previously sought by Concord and Mr. Matlin has not yet been able to be addressed: (1) Defendants' September 2, 2025 Rule 30(b)(6) subpoena, and (2) interrogatories Defendants issued to the SEC on October 3, 2025. Nor have the parties been able to effectuate the agreement in principle regarding the anticipated resolution of the discovery disputes referenced in Defendants' October 18, 2025 letter to the Court.  See Dkt. 84.

      The parties have begun the process of conferring about a proposed revised discovery schedule that will account for the disruption posed by the shutdown, and allow the parties sufficient time to (1) address the existing open discovery issues, and (2) schedule the remaining depositions of both parties and third-parties.  Given the need to coordinate deposition timing and dates not only with counsel for the parties, but also with counsel for multiple third parties, the parties anticipate needing approximately one week to put together a new proposed schedule.

Morvillo Abramowitz Grand Iason & Anello P.C.

The Honorable Andrew E. Krause
November 19, 2025

Accordingly, the parties request that they be permitted to provide a proposed updated discovery schedule to the Court by no later than Wednesday, November 26.

    Respectfully submitted,

    *Benjamin S. Fischer*
    *Christopher B. Harwood*

cc:    All counsel of record (by ECF)