UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) Civil Action No. 23-cv-8253 ) |
| v. | ) ) |
| CONCORD MANAGEMENT LLC and MICHAEL MATLIN, | ) ) ) ) |
| Defendants. | ) ) |

**AMENDED CIVIL CASE DISCOVERY PLAN AND REVISED SCHEDULING ORDER**

This Amended Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. This case is to be tried to a jury.

2. The deadline for any motion to amend the pleadings or to join additional parties has passed.

3. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) have been exchanged.

4. Fact Discovery

   The parties will conduct discovery in accordance with the Federal Rules of Civil Procedure, the Local Rules of the Southern District of New York, and Judge Krause's Individual Practices. The interim deadlines in paragraphs 4(b) through 4(e) may be extended by the parties on consent without application to the Court, provided the parties meet the fact discovery completion date in paragraph 4(a).

   a. All fact discovery shall be completed by Friday, March 13, 2026.

   b. Initial requests for production have been served. Any subsequent requests for production must be served no later than 30 days before the fact discovery deadline.

   c. Initial interrogatories have been served. Any subsequent interrogatories must be served no later than 30 days before the fact discovery deadline.

    d. Non-expert depositions must be completed by Friday, March 13, 2026.

    e. Requests to admit shall be served no later than 30 days before the fact discovery deadline.

5. Within 14 days of the completion of fact discovery, counsel and any unrepresented parties must meet to discuss settlement. The parties must file a joint letter concerning settlement within 21 days of the completion of fact discovery. The letter must include a statement as to whether the parties propose using any of the following alternative dispute resolution mechanisms: (i) a settlement conference with the Court; (ii) participation in the Court's Mediation Program; and/or (iii) retention of a private mediator. The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order absent express permission from the Court.

6. Expert Discovery

    a. All expert discovery, including expert depositions, shall be completed by Friday, May 15, 2026.

    b. Expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) by either Plaintiff or Defendants shall be made by Tuesday, March 24, 2026.

    c. Rebuttal expert disclosures by either Plaintiff or Defendants shall be made by Tuesday, April 14, 2026.

    d. The interim deadlines in paragraphs 6(b) through 6(c) may be extended by the written consent of all parties without application to the Court, provided that all expert discovery is completed by the date set forth in paragraph 6(a).

7. ALL DISCOVERY SHALL BE COMPLETED BY Friday, May 15, 2026.

8. All motions and applications must be governed by the Court's Individual Practices. Should either party wish to file a summary judgment motion, the parties must, within 14 days of the close of all discovery, submit a joint letter that either sets forth a joint proposed briefing schedule or sets forth the parties' respective proposals for summary judgment briefing schedules.

9. Unless otherwise ordered by the Court, the parties must submit a proposed Joint Pretrial Order for approval within 30 days after the date for the completion of all discovery, or, if a summary judgment motion has been filed, within 30 days after a decision on the motion. The proposed Joint Pretrial Order must be prepared in accordance with Judge Krause's Individual Practices, and the parties must also comply with Judge Krause's Individual Practices with respect to the filing of other required pretrial documents.

10. The parties have conferred and their present best estimate of the length of trial is ten days.

11. This Civil Case Discovery Plan and Scheduling Order may not be modified or the dates herein extended without leave of the Court (except as provided in paragraphs 4 and 6(d) above).

Dated: December 1, 2025
      White Plains, New York

SO ORDERED:

_____
Andrew E. Krause
United States Magistrate Judge