UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONCORD MANAGEMENT LLC and MICHAEL MATLIN,<br><br>　　　　Defendants. | Case No. 23-CV-8253 (AK) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendants Concord Management LLC ("Concord") and Michael Matlin (together, "Defendants") will take the testimony upon oral examination of Plaintiff Securities and Exchange Commission (the "SEC") at the offices of Morvillo Abramowitz Grand Iason & Anello P.C., 565 Fifth Avenue, New York, New York, 10017, on October 9, 2025, commencing at 10:00 a.m. and continuing from day to day thereafter excluding Sundays and holidays until completed. You are invited to attend and cross-examine.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the SEC is required to designate one or more officers, directors, managing agents, or other Persons to testify on its behalf with respect to each of the topics identified in Appendix A hereto.

PLEASE TAKE FURTHER NOTICE that the testimony shall be recorded by stenographic means and possibly by videography. The deposition shall take place before an officer authorized to administer oaths. The deposition is being taken for the purpose of discovery, for use at trial or a hearing or motion practice, or for such other purposes as are permitted under the Federal Rules of Civil Procedure and the Rules of this Court.

Dated: New York, New York
       September 2, 2025

          MORVILLO ABRAMOWITZ GRAND
          IASON & ANELLO, P.C.

          By: /s/ *Benjamin S. Fischer*
          Benjamin S. Fischer
          Christopher B. Harwood
          565 Fifth Avenue
          New York, New York 10017
          (212) 856-9600

          *Attorneys for Defendants Concord Management LLC and Michael Matlin*

# APPENDIX A

## DEFINITIONS

1. The definitions and rules of construction set forth in Rule 34 of the Federal Rules of Civil Procedure and Rule 26.3 of the Local Civil Rules are hereby incorporated in, and apply to, these Requests.

2. The "SEC" means the Securities Exchange Commission, including its employees, agents and representatives.

3. "Defendants" means Concord and Mr. Matlin.

4. "IAA" means the Investment Advisers Act, 15 U.S.C. §§ 80b-1 *et seq*.

5. To bring within the scope of the Appendix A topics all information that might otherwise be construed to be outside of their scope, the following rules of construction apply: (i) the masculine, feminine, or neutral pronoun shall not exclude other genders; (ii) "including" shall be construed to mean including without limitation; (iii) the present tense shall be construed to include the past tense and vice versa; and (iv) the singular tense shall be construed to include the plural tense and vice versa.

**MATTERS FOR EXAMINATION**

1. The SEC's policies, practices, procedures, methods, or other processes, as well as any directives or other guidance (collectively, "Processes and Guidance"), for determining or otherwise evaluating compliance with Section 203A of the IAA, 15 U.S.C. § 80b-3A, the IAA's implementing regulations, and applicable publicly-issued guidance, including but not limited to:

   a. Processes and Guidance for determining whether an entity or individual is required to register (or prohibited from registering) as an "investment adviser" within the meaning of the IAA;

   b. Processes and Guidance for determining how "regulatory assets under management" or "assets under management" should be calculated;

   c. Processes and Guidance for determining if an entity or individual is providing "continuous and regular supervisory or management services" pursuant to the Instructions to Form ADV, Section 1A, Item 5F;

   d. Processes and Guidance for determining if an entity or individual is "responsible for arranging or effecting the purchase or sale" pursuant to the Instructions to Form ADV, Section 1A, Item 5;

   e. Processes and Guidance for determining the meaning of and compliance with the "Factors" set forth in the Instructions to Form ADV, Section 1A, Item 5; and

   f. Processes and Guidance for determining the meaning of and compliance with the "Examples" set forth in the Instructions to Form ADV, Section 1A, Item 5.

2. The SEC's Processes and Guidance for determining or otherwise evaluating whether investment advisers are in compliance with the IAA's registration requirements, including

3

but not limited to its examination of whether an investment adviser is required to be—or prohibited from—registering with the SEC as an investment adviser.

3.      The SEC's Processes and Guidance in connection with its issuance of "deficiency letters" in circumstances when the SEC concludes that an investment adviser (a) is improperly registered as an investment adviser under the IAA, or (b) was required to have been registered as an investment adviser under the IAA.