Page 65

K. KELCOURSE

that?"   "Yes."

THE REPORTER:  Okay.

BY MR. FISCHER:

Q    Okay.  So as a practical matter, how do examiners go about determining whether firms are conducting their activities in accordance with the federal securities laws and rules?

A    Yeah, we -- I mean, we conduct examinations.  So we will collect documents.  We will interview employees at the firms.  We will assess.  They, kind of, will analyze trade blotters, all sorts of things that we'll do on a particular exam, depending on what the scope of the exam is.

Q    And how are examiners -- do examiners receive guidance in order to enable them to make determinations about whether a examinee is in compliance with federal securities laws and rules?

A    Yes.  I mean, the -- the exam team is -- is always made up of line examiners and supervisors, and the

K. KELCOURSE

supervisors will provide that guidance. There are times when I get involved, and so the guidance comes from me. And there are times when we need to consult with others, and we'll consult with others to get guidance.

Q    Yeah.  And what I'm trying to just figure out is whether there's any processes or procedures in place governing how examiners determine whether firms are acting in compliance with the federal securities laws?

A    There -- there are none. It -- it will -- it will always depend on the facts and circumstances at the firm.

Q    But to -- in order to ensure that examinees are in compliance with the federal securities laws, I would think the examiner has to have knowledge of a number of federal securities laws, you know, and rules in order to do that; right?

A    Yes.  And -- and we do have -- for certain areas, we do have what we call modules that sort of lay out those sorts

Page 81

K. KELCOURSE

A     Yes.

Q     What are --

A     So the priorities, which is issued annually.

Q     Yeah.

A     We issue -- issue risk alerts on a fairly regular basis.  Usually, in a normal year, probably ten or so risk alerts on various issues.

Q     Those are publicly available?

A     Yes.  The director, and sometimes others, will give speeches, which are publicly available.  Those are the main things that come to mind.

Q     How about internal guidance?  I think you said before that there was an internal exam program or manual?

A     Yes.

Q     Okay.

A     And there's the other guidance I mentioned before that comes from our chief counsel, and from the program heads.

Q     Are you aware, Mr. Kelcourse, of whether the SEC has published any guidance

Page 82

K. KELCOURSE

or other written document regarding how to examine whether an investment adviser is or is not properly registered with the SEC as an investment adviser?

A    How to examine on that issue?

Q    Yes.

A    No.  I'm not aware of any public documents.

Q    How --

A    About how we would examine on that issue?

Q    How about anything internal?

A    No.

Q    Anything at all?

A    No.

Q    Okay.  Has the SEC published any guidance or other written document regarding when and under what circumstances the Division of Examination is supposed to make a referral to the Division of Enforcement?

MS. KELLY:  Generally?

MR. FISCHER:  Yes.  During his time at the SEC.

Page 83

K. KELCOURSE

THE WITNESS:  I'm not aware of any public document that lays that out.

BY MR. FISCHER:

Q    How about internal?

A    No.

Q    All right.

A    No.

Well, you know, let me -- let me step back.  I mean, I believe there's probably a section in the exam manual that governs the process of referring.  And there may very well be something in there along the lines of, you know, if the staff believes that it's appropriate to refer, but there's no, you know, sort of menu of how to make that decision on whether to refer.

Q    Okay.  So there may be guidance, but there's not a checklist, so to speak?

A    Well, I -- I'm not sure.  I -- I wouldn't call it guidance either.  When I think of guidance, guidance is more detailed than just if you think it should be referred, follow these steps.

Page 84

K. KELCOURSE

Q    Yeah.

A    It's more what's in the manual is the steps to make the referral.

Q    It's addressed in the manual?

A    Yes.

Q    Okay.  And as far as you know, is it addressed anywhere else, either internal or external?

A    Not externally.  I -- I don't think so internally.

Q    Do you have a role in connection with -- do you have a role with respect to making decisions about when an issue identified in examinations should be referred to enforcement?

A    Yes.

Q    Okay.  What's your role in that regard?

A    No referral is made in Boston without me knowing that.

Q    Okay.  Has that always been the case since you've been in this role?

A    Yes.

Q    With respect to the Division of

Page 85

K. KELCOURSE

Examinations?

A     Yes.

Q     Okay.  And what do you rely on to determine whether a referral should be made to the Division of Enforcement?

MS. KELLY:  I don't think it calls for it, but just a caution that we can't -- I would just instruct the witness not to reveal any sort of deliberative process.

MR. FISCHER:  Yeah.

THE WITNESS:  It's the facts and circumstances of any given matter and my judgment.

BY MR. FISCHER:

Q     And do you have to run that decision by anybody else?

A     No.

Q     Okay.  Just give me a moment.

Are referrals to the Division of Enforcement made in writing?

A     Yes.

Q     Always?

A     Ultimately, yes.  We may make an

Page 114

K. KELCOURSE

with Ms. Kelly and Ms. Burkart, what did you do to prepare for your testimony here today?

A    I met with Ms. Burkart and Ms. Kelly.

Q    Okay.  Did you review any materials?

A    I reviewed the exam brochure.  I reviewed the notice of deposition.

Q    Yeah.

A    And I reviewed the transcript of the hearing related to this notice.

Q    That's the transcript of the hearing in front of Judge Krause?

A    Yes.

Q    Okay.  Any other documents that you reviewed?

A    No.

Q    Any public court filings?

A    No.

Q    Any testimony transcripts?

A    No.

Q    Okay.  You said you reviewed the exam brochure.  I just want to make sure I

Page 115

K. KELCOURSE

understand what that is.

A    The exam brochure is a document that we would provide to every registrant when we open an exam, that sort of lays out the exam process and what they should expect during the examination.

Q    Okay.  What their rights are; or --

A    I -- not really.  We -- we also provide what we call a Form 1661, which sets forth rights, you know, rights to counsel, that sort of thing, and whatever.

Q    Is the exam brochure that you reviewed a template?

A    Yes.  It's a standard form that is provided on every exam.

Q    Okay.  And why did you think it was relevant to review that document before your testimony here today?

A    I hadn't reviewed it in a while, and I knew this was going to be about the exam process.  So that was an obvious public document that I thought I should probably take a look at.

K. KELCOURSE

attention to paragraph two, which starts at the bottom of the page.  And I'm happy to read it out loud.

But it provides that one of the matters for examination, meaning number two, "Is the SEC's processes and guidance for determining or otherwise evaluating whether investment advisers are in compliance with the IAA's registration requirements, including, but not limited to its examination of whether an investment adviser is required to be or prohibited from registering with the SEC as an investment adviser."

Do you see that?

A   Yes.

Q   Okay.  Mr. Kelcourse, do you believe you're sufficiently familiar with the SEC's processes and guidance for determining whether investment advisers are in compliance with the Investment Advisers Act registration requirements to provide testimony about that issue?

A   Yes.

Page 127

K. KELCOURSE

Q    Okay.  Can you just explain why that's the case, why you believe that?

A    Because in my role as the associate director in Boston, I've supervised numerous examinations in which we have looked at eligibility issues.

Q    Okay.  Did you have to consult any written documents in advance of your testimony here today to be able to provide this testimony, or is it just based on your experience and knowledge?

A    It's based on my knowledge and experience.

Q    Okay.  And again, apart from the documents that you've told us you read earlier, was there anything else that you did in advance of today to familiarize yourself with the subject matters for examination in the notice?

A    No.

Q    Okay.  So matter for examination number two also addresses another concept.  So I just want to ask you another question about that, too, which is, do you believe

Page 128

K. KELCOURSE

you're sufficiently familiar with the SEC'S processes and guidance for the examination of whether a registered investment adviser is required to be -- I'm going to strike that, and I want to start over.  Thank you.

Do you believe you are sufficiently familiar with the SEC's processes and guidance for the examination of whether an investment adviser is required to be or prohibited from registering with the SEC as an investment adviser to provide testimony about this issue?

A    Yes.

Q    Okay.  For the same reasons you gave as to the first question I asked about that?

A    Yes.

Q    Okay.  And then if you look at the Rule 30(b)(6), notice there's a item number three on the fifth page of the document.  It's labeled page 3.

Which notes that a matter for

Page 129

K. KELCOURSE

examination is "The SEC's processes and guidance in connection with its issuance of 'deficiency letters' in circumstances when the SEC concludes that an investment adviser, A, is improperly registered as an investment adviser under the IAA, or B, was required to have been registered as an investment adviser under the IAA."

I'll ask you the same question. Do you believe you're sufficiently familiar with the SEC's processes and guidance for issuing deficiency letters when the SEC concludes that an investment adviser has improperly registered or should not have registered in order to provide testimony about this issue here today?

A    Yes.

Q    Okay.  And what is that based on?

A    My knowledge and experience.

Q    Okay.  And same question that I asked for the other two.  Were there any documents or information that you had to

Page 130

K. KELCOURSE

review in advance of today to familiarize yourself with these topics?  Or is your testimony here today as a Rule 30(b)(6) witness based on your knowledge and experience in full?

A    It's based on my knowledge and experience in full.  I did not review documents.

Q    Apart from what you mentioned earlier?

A    Right.

Q    Yeah.  Okay.  Great.  Okay. Just give me a moment.  You can put that off to the side.  I apologize.

So, Mr. Kelcourse, to your knowledge, which divisions of the SEC are involved in evaluating compliance with the Investment Advisers Act?

A    So the Division of Examinations, Division of Investment Management, Division of Enforcement, the Office of General Counsel, and I think that's probably it.

Q    Can you -- if it differs from

Page 183

K. KELCOURSE

And you remember before I showed you the 30(b)(6) notice and asked you about deficiency letters, and you indicated that you have experience in that regard; correct?

A    Yes.

Q    Okay.  So what is a deficiency letter?

A    A deficiency letter is a communication from the staff in writing to a firm following the completion of an examination that sets forth the findings of the staff as a result of that -- as a -- as a result of that examination.

Q    Setting forth the findings?

A    Yes.

Q    And what if none of the findings are deficiencies?  I mean, is it still called a deficiency letter?

A    Can I answer a different question?

Q    If you think it's going to help clarify my question, then yes.

A    If, during the course of an