## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com
———
WRITER'S CONTACT INFORMATION

bfischer@maglaw.com; charwood@maglaw.com
(212) 880-9585; (212) 880-9547

May 29, 2026

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN
———
RETIRED/PARTNER EMERITUS
PAUL R. GRAND
———
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

**By ECF**

Hon. Andrew E. Krause
The Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Re:     *SEC v. Concord Management LLC and Michael Matlin*, No. 23-CV-8253 (AEK)

Dear Judge Krause:

We represent Defendants Concord Management LLC and Michael Matlin.  Pursuant to the Court's May 19, 2026 order, we write jointly with Plaintiff Securities and Exchange Commission ("SEC") to provide the Court with a status update regarding the parties' proposed schedule for next steps in this matter.

As an initial matter, the parties confirm that they are not designating experts or otherwise engaging in expert discovery in this case. Accordingly, the parties believe the case is ready to proceed to the summary judgment stage.  The parties are continuing to confer in good faith with respect to (1) developing a summary judgment briefing schedule and (2) certain of the SEC's May 12 interrogatories.  So that the parties can complete these meet and confer efforts, the parties respectfully request that they be permitted to provide a proposed briefing schedule to the Court by June 3, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

*Benjamin S. Fischer*
*Christopher B. Harwood*