# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

———

WRITER'S CONTACT INFORMATION

bfischer@maglaw.com; charwood@maglaw.com
(212) 880-9585; (212) 880-9547

June 18, 2026

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN
———
RETIRED/PARTNER EMERITUS
PAUL R. GRAND
———
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

**By ECF**
Hon. Andrew E. Krause
The Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *S.E.C. v. Concord Management LLC and Michael Matlin*, No. 23-CV-8253 (AK)

Dear Judge Krause:

We represent Defendants Concord Management LLC and Michael Matlin and we submit this letter jointly with Plaintiff Securities and Exchange Commission. Pursuant to the Case Management Order, the parties are required to engage in settlement discussions after the conclusion of fact discovery. The Court had ordered that the parties provide the Court with an update regarding the status of settlement discussions by today. (*See* May 19, 2026 Minute Entry.) The parties wish to inform the Court that they are presently scheduled to have an in-person meeting on June 30 to discuss the possibility of settlement.

We thank the Court for its attention to this matter.

Respectfully submitted,

*Benjamin S. Fischer*
*Christopher B. Harwood*