## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

————

WRITER'S CONTACT INFORMATION

bfischer@maglaw.com; charwood@maglaw.com
(212) 880-9585; (212) 880-9547

July 17, 2026

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN

————

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

————

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

**By ECF**

Hon. Andrew E. Krause
The Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

  Re: *S.E.C. v. Concord Management LLC and Michael Matlin*, No. 23-CV-8253 (AEK)

Dear Judge Krause:

  We represent Defendants Concord Management LLC ("Concord") and Michael Matlin. On June 8, 2026, the Court approved the parties' briefing schedule for summary judgment. *See* ECF 113. We write to request, with the consent of Plaintiff Securities and Exchange Commission, a modification of the summary judgment briefing schedule. Since the entry of the June 8 scheduling order, defense counsel have had to deal with unexpected developments in other matters (including expedited discovery and upcoming attendance at multiple in-person, out-of-state depositions that cannot be moved). These issues have created significant challenges with respect to the existing summary judgment deadlines in this case. As a result, we conferred with counsel for the SEC and we now jointly request that the previously ordered summary judgment briefing schedule be modified as follows:

- Concord and Mr. Matlin's Motion for Summary Judgment: **September 10, 2026**
- SEC's Opposition to Motion and Cross-Motion for Summary Judgment: **October 20, 2026**
- Concord and Mr. Matlin's Reply and Opposition to Cross-Motion: **November 24, 2026**
- SEC's Reply: **December 10, 2026**

  We thank the Court for its attention to this matter.

Morvillo Abramowitz Grand Iason & Anello P. C.

Respectfully submitted,


*Christopher B. Harwood*
*Benjamin S. Fischer*