## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

———

WRITER'S CONTACT INFORMATION

bfischer@maglaw.com; charwood@maglaw.com
(212) 880-9585; (212) 880-9547

July 17, 2026

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN

———

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

———

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

**By ECF**
Hon. Andrew E. Krause
The Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:    *S.E.C. v. Concord Management LLC and Michael Matlin*, No. 23-CV-8253
(AEK)

Dear Judge Krause:

We represent Defendants Concord Management LLC ("Concord") and Michael Matlin. We write jointly with Plaintiff Securities and Exchange Commission ("SEC") regarding Defendants' May 8, 2026 motion to compel Plaintiff Securities and Exchange Commission ("SEC") to produce certain materials referenced during the deposition of Kevin Kelcourse, one of the SEC's Rule 30(b)(6) designees. *See* ECF 105 (the "MTC").   After hearing argument on the MTC on May 19, 2026, the Court reserved judgment on the issue.  The materials that are the subject of the MTC may affect the parties' respective motions for summary judgment. Accordingly, the parties believed it would be prudent to check in with the Court regarding the status of this issue in advance of the submission of their respective summary judgment motions.

We thank the Court for its attention to this matter.

Respectfully submitted,

*Benjamin S. Fischer*
*Christopher B. Harwood*