UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
33 ARCH STREET, 24TH FLOOR
BOSTON, MA 02110-1424

BOSTON
REGIONAL OFFICE

October 14, 2026

**By ECF**
Honorable Andrew E. Krause
The Honorable Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *SEC v. Concord Management LLC et. al,* No. 23-CV-8253 (S.D.N.Y.) (AEK)

Dear Judge Krause:

The Commission submits this letter-motion, with the consent of Defendants Concord Management LLC and Michael Matlin ("Defendants"), to modify the summary judgment briefing schedule.

On June 8, 2026, the Court approved the parties' briefing schedule for summary judgment. *See* ECF 113. On July 20, 2026, the Court approved a revised schedule, which required the Commission's opposition to Defendants' motion for summary judgment and cross-motion to be served by October 20, 2026. *See* ECF 119.

The Commission respectfully requests that the Court modify the briefing schedule to require the Commission to serve the opposition and cross-motion for summary judgment by October 27, 2026. The Commission submits that this short extension will accommodate a variety of scheduling conflicts for undersigned counsel.

The Commission has conferred with counsel for Defendants and Defendants consent to the Commission's request. Defendants have informed the Commission that the Commission's request will likely result in Defendants needing additional time beyond the current November 24, 2026 due date for their opposition and reply papers, which falls two days before the Thanksgiving holiday on November 26. Defendants have informed the Commission that they will be better situated to understand their timing needs after they receive the Commission's submission on October 27, and will promptly bring any adjournment requests regarding their opposition and reply papers to the Court's attention.

We appreciate the Court's consideration of this request, to which Defendants consent.

Respectfully submitted,

Rua M. Kelly
Russell A. Mawn