MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

WRITER'S CONTACT INFORMATION

bfischer@maglaw.com; charwood@maglaw.com
(212) 880-9585; (212) 880-9547

November 13, 2026

**By ECF**
Hon. Andrew E. Krause
The Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *S.E.C. v. Concord Management LLC and Michael Matlin*, No. 23-CV-8253 (AK)

Dear Judge Krause:

We represent Defendants Concord Management LLC ("Concord") and Michael Matlin. We write to request a modification of the summary judgment briefing schedule. Plaintiff Securities and Exchange Commission ("SEC") does not oppose this request.

On June 8, 2026, the Court approved the parties' briefing schedule for summary judgment. ECF 113. On July 20, 2026, the Court approved a revised schedule extending the deadlines for both parties' filings. ECF 119. The Defendants moved for summary judgment on September 10, 2026. On October 14, 2026, the SEC requested, with Defendants' consent, to extend its time to serve its cross-motion for summary judgment and its opposition to Defendants' motion for summary judgment from October 20, 2026 to October 27, 2026. ECF 127. The SEC noted in its letter-motion that, as a result, Defendants would likely need to seek additional time beyond the current November 24, 2026 due date to submit their opposition and reply papers. *Id.* at 1. The Court granted the SEC's request. ECF 128.

Having now reviewed the SEC's submission, Defendants respectfully request that the Court modify the current briefing schedule to permit Defendants to serve their summary judgment reply and opposition briefs on January 19, 2027. Defendants request this additional time for several reasons, including: (1) Defendants are responding to both an opposition brief and a cross-motion for summary judgment; (2) two of the four counsel of record for Defendants are attending to another matter that involves significant out-of-state travel, numerous depositions, and hearings through much of December; and (3) another defense counsel of record will be leaving our firm. The requested extension takes into account all of the foregoing. Defendants do not anticipate seeking any extension beyond January 19.

The requested extension will also require modification of the deadline for the SEC's reply brief, which is currently due on December 10, 2026. The SEC has informed Defendants that they will be in a better position to evaluate their schedule after they receive Defendants' submission and will bring any adjournment request to the Court's attention.

We thank the Court for its attention to this matter.

Respectfully submitted,

*Christopher B. Harwood*
*Benjamin S. Fischer*